UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D<span>EONTAE</span> G<span>ORDON</span>,                                       Case No. 08-12989

    Plaintiff,                                          SENIOR UNITED STATES
                                                        DISTRICT JUDGE
                                                        ARTHUR J. TARNOW

v.

G. C<span>OLLINS</span>, <span>ET AL</span>.,

    Defendants.
_____/

**ORDER STAYING CASE**
**PENDING APPOINTMENT OF PRO BONO COUNSEL**

Although there is no right to counsel in civil cases, this Court will explore whether *pro bono* counsel will represent Plaintiff. Plaintiff would benefit from the assistance of counsel.

The Court notes that "[a]ppointment of counsel in a civil case is not a constitutional right." *See Lavado v. Keohane*, 992 F.2d 601, 605 (6th Cir. 1993). However, in its discretion, a court may appoint an attorney to represent any person unable to afford counsel, and here, Plaintiffs' affidavit demonstrates sufficient financial need to support the application. *See* 28 U.S.C. § 1915(e). Therefore,

**IT IS ORDERED** that this matter is referred to the Court's *pro bono* program for the appointment of counsel.

**IT IS FURTHER ORDERED** that if reasonable efforts to assign *pro bono* counsel are unsuccessful, this matter will be returned to the Court's docket, and Plaintiffs may proceed *pro se*.

**IT IS FURTHER ORDERED THAT** further proceedings in this case are hereby

**STAYED** pending whether counsel is appointed or Plaintiffs proceed *pro se*.

    **SO ORDERED.**

                      S/ARTHUR J. TARNOW
                      Arthur J. Tarnow
                      United States District Judge

Dated:  February 7, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record and Deontae Gordon #308075, Earnest C. Brooks Correctional Facility, 2500 S. Sheridan Dr. Muskegon Heights, MI 49444 on February 7, 2011, by electronic and/or ordinary mail.

                      S/LISA M. WARE
                      Case Manager